No. 4785.—Orcasitas, apldo., *v.* Monzón et al., apltes.— C. D. San Juan. Nov. 21, 1928. Habiendo vencido el 22 de octubre de este año la última prórroga concedida al taquígrafo para hacer la transcripción de la evidencia para la apelación interpuesta en este caso sin que la haya presentado ni haya sido radicada en este tribunal la trans-

cripción de los autos, debemos desestimar y desestimamos esta apelación.